BENJAMIN DRAKE, ESQ. – State Bar #243207
MEGAN VALLES, ESQ. – State Bar #332730
DRAKE LAW FIRM
19935 Ventura Boulevard, Suite 202
Woodland Hills, CA 91364
Telephone: (888) 315-5721
Facsimile: (888) 340-6488
litigation@drakelawgroup.com

Attorney for Plaintiff
RANDALL SCOTT FLETCHER

*******************************************************************

ZACHARY S. TOLSON, ESQ. - State Bar #242824
GANETTE M. GENETTI, ESQ. - State Bar #256707
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
ztolson@gnhllp.com; ggenetti@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT FLETCHER,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; DOE EMPLOYEE; and DOES 1 to 50,<br><br>　　　　　　　　　Defendants. | Case No. 3:24-cv-05849-AGT<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Assigned to Honorable Alex G. Tse<br><br>Action Filed: February 28, 2024<br>Trial Date:　　May 26, 2026 |

　　　In view of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

　　1. The settlement conference currently scheduled for June 23, 2025 shall be continued to a date after September 21, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 22, 2025

_____
United States Magistrate Judge

-5-
JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER