BENJAMIN DRAKE, ESQ. – State Bar #243207
MEGAN VALLES, ESQ. – State Bar #332730
DRAKE LAW FIRM
19935 Ventura Boulevard, Suite 202
Woodland Hills, CA 91364
Telephone: (888) 315-5721
Facsimile: (888) 340-6488
litigation@drakelawgroup.com

Attorney for Plaintiff
RANDALL SCOTT FLETCHER

*******************************************************************

ZACHARY S. TOLSON, ESQ. - State Bar #242824
GANETTE M. GENETTI, ESQ. - State Bar #256707
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone:  (415) 705-0400
Facsimile:  (415) 705-0411
ztolson@gnhllp.com; ggenetti@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RANDALL SCOTT FLETCHER, | Case No. 3:24-cv-05849-AGT |
|---|---|
| Plaintiff, | |
| vs. | **ORDER AS MODIFIED CONTINUING SETTLEMENT CONFERENCE** |
| HOME DEPOT U.S.A., INC.; DOE EMPLOYEE; and DOES 1 to 50, | |
| Defendants. | Assigned to Honorable Alex G. Tse |
| | Action Filed:  February 28, 2024 |
| | Trial Date:     May 26, 2026 |

In view of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The settlement conference currently scheduled for September 22, 2025 shall be continued to November 17, 2025 at 10:00 a.m. in Courtroom G, 15th Floor.

-4-

JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: _September 9, 2025        _____
                                    United States Magistrate Judge