BENJAMIN DRAKE, ESQ. – State Bar #243207
MEGAN VALLES, ESQ. – State Bar #332730
JASON COHEN, ESQ. – State Bar #210988
DRAKE LAW FIRM
19935 Ventura Boulevard, Suite 202
Woodland Hills, CA 91364
Telephone: (888) 315-5721
Facsimile: (888) 340-6488
litigation@drakelawgroup.com

Attorney for Plaintiff
RANDALL SCOTT FLETCHER

***************************************************************

ZACHARY S. TOLSON, ESQ. - State Bar #242824
GANETTE M. GENETTI, ESQ. - State Bar #256707
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone:  (415) 705-0400
Facsimile:  (415) 705-0411
ztolson@gnhllp.com; ggenetti@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT FLETCHER,<br><br>                    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; DOE EMPLOYEE; and DOES 1 to 50,<br><br>                    Defendants. | Case No. 3:24-cv-05849-AGT - LJC<br><br>**ORDER FURTHER CONTINUING SETTLEMENT CONFERENCE**<br><br>Assigned to Honorable Alex G. Tse<br><br>Action Filed:  February 28, 2024<br>Trial Date:      May 26, 2026 |

     In view of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

     1.  The settlement conference currently scheduled for November 17, 2025, shall be

-4-

continued to February 27, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 5, 2026        _____
_____ United States Magistrate Judge

-5-
JOINT STIPULATION TO FURTHER CONTINUE SETTLEMENT CONFERENCE AND ORDER