UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT FLETCHER,<br><br>                     Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; DOE EMPLOYEE, and DOES 1 to 50<br><br>               Defendants. | Case No. 3:24-cv-05849-AGT<br><br>**ORDER FOR REMOTE APPEARANCE OF DEFENDANT HOME DEPOT U.S.A., INC. AT SETTLEMENT CONFERENCE**<br><br>Conf. Date: February 27, 2026<br>Time: 10:00 a.m.<br>Courtroom: Courtroom G, 15th Floor<br>Judge: Hon. Lisa J. Cisneros |

Pursuant to the stipulation of the Parties, the Court hereby orders that Defendant Home Depot's client representative may appear at the February 27, 2026 Settlement Conference, remotely.

**IT IS SO ORDERED.**

Date: January 29, 2026

_____
United States Court Judge

Goodman Neuman
Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

ORDER FOR REMOTE APPEARANCE OF DEFENDANT HOME DEPOT U.S.A., INC. AT SETTLEMENT CONFERENCE