UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT FLETCHER,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendants. | Case No.  24-cv-05849-AGT(AGT)<br><br>**PRETRIAL SCHEDULING ORDER** |

The Court sets the following dates and deadlines, none of which will be modified without Court approval upon a showing of good cause. Absent extraordinary circumstances, the Court does not anticipate granting any further relief from the scheduling order.[1]

| Event | Date/Deadline |
|---|---|
| Fact discovery cutoff | May 8, 2026 |
| Initial expert witness disclosures | May 15, 2026 |
| Rebuttal expert witness disclosures | May 29, 2026 |

---

[1] The parties were ordered to file a joint proposed schedule by March 20, 2026. Dkt. 54. To date, neither party has filed a proposed schedule, nor sought relief from the deadline to do so. Accordingly, the Court now issues this pretrial schedule without the parties' input.

| | |
|---|---|
| Expert discovery cutoff | June 5, 2026 |
| Deadline to file *Daubert* motions[2] | June 12, 2026 |
| Meet and confer regarding pretrial conference and file proposed jury instructions | September 9, 2026 |
| Serve motions *in limine* | September 16, 2026 |
| Serve oppositions to motions *in limine* | September 30, 2026 |
| File motions *in limine*, oppositions to motions *in limine*, and joint pretrial conference statement | October 7, 2026 |
| File proposed *voir dire* questions, verdict forms, individuals involved list for the jury, statement of the case, and exhibit list | October 14, 2026 |
| Final pretrial conference | October 19, 2026 |
| Arrange for daily transcript or real-time reporting, as needed | October 21, 2026 |
| File proposed order for bringing exhibit presentation equipment and technology into the courtroom | October 21, 2026 |
| Contact Stephen Ybarra regarding courtroom layout and technology | October 30, 2026 |
| File all deposition and discovery designations | November 2, 2026 |
| File stipulated list of proposed juror excusals and *voir* | November 2, 2026 |

---

[2] The deadline to hear dispositive motions passed without any such motion being filed. *See* dkt. 45.

| *dire* questions for in-court *voir dire* | |
|---|---|
| Deliver hardcopy and electronic exhibit sets | November 3, 2026 |
| Trial | November 16–20, 2026 |

**IT IS SO ORDERED.**

Dated: March 31, 2026

Alex G. Tse
United States Magistrate Judge