UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT FLETCHER,<br><br>            Plaintiffs,<br><br>      v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>            Defendants. | Case No.  24-cv-05849-AGT<br><br>**CONDITIONAL DISMISSAL ORDER** |

The plaintiff notified the Court that the parties settled and expect to file a stipulation of dismissal no later than July 13, 2026. Dkt. 56. Given this notice, the Court conditionally dismisses this action without prejudice.

If the parties notify the Court by July 13, 2026, that their settlement is delayed or won't be finalized as soon as planned, the Court will amend this order or vacate this order and schedule a case management conference. If the parties don't file such a notice by July 13, 2026, the action will be dismissed with prejudice by virtue of this order, without any further order of the Court. All currently set dates in the case are vacated.

    **IT IS SO ORDERED.**

Dated: May 14, 2026

_____
Alex G. Tse
United States Magistrate Judge